## 52103. SMITH v. THE STATE.

SMITH, Judge.

This case is controlled by the decision of the Supreme Court in *Davis v. State,* 237 Ga. 279 (1).

*Judgment affirmed. Marshall and McMurray, JJ., concur.*

SUBMITTED APRIL 8, 1976 — DECIDED SEPTEMBER 16, 1976.

*Jack H. Affleck, Jr., John W. Timmons, Jr.,* for appellant.

*Harry N. Gordon, District Attorney, B. Thomas Cook, Jr., Assistant District Attorney,* for appellee.